UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WESLEY PRIMO,

                Plaintiff,

  -v-                                            CIVIL ACTION NO. 17 Civ. 6875 (LTS) (SLC)

COMMISSIONER OF SOCIAL SECURITY,                 **ORDER**

                Defendant.

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of Plaintiff's motion to reopen this case. (ECF No. 50). By **January 12, 2024**, Defendant shall file a response.

Dated:       New York, New York
               December 27, 2023

SO ORDERED.

_/s/ Sarah L. Cave_
**SARAH L. CAVE**
**United States Magistrate Judge**