UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WESLEY PRIMO,<br><br>                    Plaintiff,<br><br>     -v-<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>                    Defendant. | CIVIL ACTION NO. 17 Civ. 6875 (LTS) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

This case was closed on March 29, 2021. (ECF min. entry Mar. 29, 2021). On December 26, 2023, Plaintiff filed a motion to reopen this case. (ECF No. 50 (the "Motion")). On March 14, 2024, Plaintiff filed a letter reporting that the parties resolved the issues raised in the Motion, and requested that the Motion be withdrawn. (ECF No. 61 (the "Letter-Motion")). On March 18, 2024, Defendant filed a letter stating that it does not oppose the Letter-Motion. (ECF No. 62).

Accordingly, the Letter-Motion is GRANTED, and the Motion is DENIED AS MOOT. This case remains closed.

The Clerk of Court is respectfully directed to close ECF No. 50 and ECF No. 61.

Dated:     New York, New York
           March 20, 2024

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge