UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WESLEY PRIMO,

                      Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

                      Defendant.

**NOTICE OF SETTLEMENT OF ORDER**

No. 17-cv-6875 (LTS) (SLC)

PLEASE TAKE NOTICE THAT, pursuant to Rule 77.1 of the Civil Rules of this Court, a proposed order, a copy of which is attached, is hereby presented upon consent to the Clerk of the United States District Court, Southern District of New York, in the United States Courthouse, 500 Pearl Street, New York, New York 10007 for submission to the Court for settlement and signature.

Dated: April 21, 2024

By: _____
TOBY GOLICK, ESQ.
54 Morningside Drive
New York, New York 10025
Telephone No.: (212) 790-0240
tgolick@yu.edu
*Attorney for Plaintiff*

Dated: April 29, 2024

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York
*Attorney for Defendant*

By: *Leslie A. Ramirez-Fisher*
LESLIE A. RAMIREZ-FISHER
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone No.: (212) 637-0378
Leslie.ramirez-fisher@usdoj.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WESLEY PRIMO,

                Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

**ORDER**

No. 17-cv-6875 (LTS) (SLC)

WHEREAS, this action was remanded to the Commissioner of Social Security (the "Commissioner") for further administrative proceedings on March 29, 2021 (ECF No. 49);

WHEREAS, on November 27, 2023, the Commissioner issued a favorable decision on plaintiff's application for benefits (ECF No. 54);

IT HEREBY ORDERED that this action is dismissed with prejudice.

The Clerk is directed to enter judgment.  *See Shalala v. Schaefer*, 509 U.S. 292 (1993).

SO ORDERED:
 4/30/24
 /s/ Laura Taylor Swain
_____
HON. LAURA T. SWAIN
CHIEF UNITED STATES DISTRICT JUDGE