**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------X
WESLEY PRIMO,

                Plaintiff,

    -against-                                     17 **CIVIL** 6875 (LTS)(SLC)

                                                      **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Order dated April 30, 2024, this action was remanded to the Commissioner of Social Security (the "Commissioner") for further administrative proceedings on March 29, 2021 (ECF No. 49); WHEREAS, on November 27, 2023, the Commissioner issued a favorable decision on plaintiff's application for benefits (ECF No. 54); IT HEREBY ORDERED that this action is dismissed with prejudice**.**

**Dated:**  New York, New York

      April 30, 2024

                                                           **RUBY J. KRAJICK**

                                                            **Clerk of Court**

                                   **BY:**      *K. Mango*

                                                           **Deputy Clerk**