UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
WESLEY PRIMO,

                      Plaintiff,                    17 **CIVIL** 6875 (LTS)

       -against-                        **JUDGMENT**
                                                 For Attorney's Fees

COMMISSIONER OF THE SOCIAL
SECURITY ADMINISTRATION,

                      Defendants.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Order dated November 21, 2024, the Court grants Plaintiff's motion and awards Plaintiff $26,784 for attorney's fees incurred in the captioned matter.

**Dated:**  New York, New York

       November 22, 2024

                                                 **DANIEL ORTIZ**
                                            **Acting Clerk of Court**

                            **BY:**     _____
                                             **Deputy Clerk**